UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 20-4573 MWF (JPRx)**                                         Date:  July 8, 2020

Title  **Anthony Bouyer v. 14070 Ventura Boulevard, LLC, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

    A review of the docket in this action reflects that the Complaint was filed on May 21, 2020.  (Docket No. 1).  On June 11, 2020, Plaintiff filed a Proof of Service (the "POS") of the Summons, Complaint and other documents on Defendant 14070 Ventura Boulevard LLC (the "Defendant").  (Docket No. 12).  Pursuant to the POS, substituted service was made on Defendant on May 28, 2020, with mailing on June 1, 2020; Defendant's response to the Complaint was due June 25, 2020.

    The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 17, 2020**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application").

    OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-4573 MWF (JPRx)**                                             Date: July 8, 2020

Title        **Anthony Bouyer v. 14070 Ventura Boulevard, LLC, et al.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.

    Initials of Preparer:  RS/sjm